

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00251-CV

| | | |
|---|---|---|
| LATASHA AND CEDRIC GARDNER, Appellants | § | On Appeal from County Court at Law No. 2 |
| | § | of Denton County (CV-2021-02410-JP) |
| V. | § | May 5, 2022 |
| FRANCISCO AND YANCY MORAZAN, Appellees | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants Latasha and Cedric Gardner shall pay all costs of this appeal, and that these costs be paid from the cash deposits in lieu of bond made with the clerk of the trial court, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
     Justice Dana Womack